UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Thomas Robert Ferguson, III,

    Plaintiff(s),

vs.

Jagjit Singh Rai, *et al*.,

    Defendant(s).

2:23-cv-00737-CDS-MDC

**ORDER DENYING STIPULATION**

**IT IS ORDERED** that the *Stipulation for Extension of Time* (ECF No. 30) is DENIED WITH LEAVE TO REFILE. The parties seek the extension of the initial expert deadline, which passed more than a month prior to the stipulation, without showing excusable neglect per LR 26-3.

DATED this 20th day of August 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge