UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Thomas Robert Ferguson III,

        Plaintiff

v.

Jagjit Singh Rai, et al.,

        Defendants

Case No. 2:23-cv-00737-CDS-MDC

**Order Rejecting Proposed
Joint Pretrial Order**

[ECF No. 40]

    This action arises out of an underlying motor vehicle accident that occurred in January 2022. The parties have filed a proposed joint pretrial order, however, because it does not comply with Local Rules 16-3 and 16-4, I reject it.

    The proposed order's section regarding exhibits is unclear. First, the parties offer that they are "continuing to refine their joint exhibit list to avoid duplication and to stipulate as feasible." ECF No. 40 at 4. However, under LR 16-3(b)(8), the proposed order must identify the exhibits the parties agree can be admitted at trial. If the parties have agreed, then they should provide the "exhibits [that] are stipulated into evidence in this case and may be so marked by the clerk[.]" *See* LR 16-4 at VII(a). Then, in subsection B, the parties assert that as to "the following additional exhibits, the parties have reached the stipulations stated" followed by charts titled "Plaintiff's Exhibits and Defendant's Objections" and Defendants Exhibits and Plaintiff's Objections" ECF No. 40 at 5. It is unclear what the parties intended here. Each party is required to provide a schedule of "exhibits and objections to them." LR 16-4 at VII(b)(1), (2). Instead, both sides incorrectly attempt to reserve their right to object to the other side's exhibits. ECF No. 40 at 6, 9. No such right exists. Local Rule 16-3(b)(8)(B) requires the parties to state the grounds for each objection to each specific exhibit thus all objections to exhibits must be included in the proposed order.

Lastly, the proposed order is rejected because it does not include section XI to provide the "action by the court" as required under LR 16-4.

**Conclusion**

IT IS THEREFORE ORDERED that the proposed joint pretrial order **[ECF No. 40] is REJECTED**. The parties are advised to consult the Local Rules of Practice (April 17, 2020) for guidance on content and formatting then file a second proposed joint pretrial order consistent with Local Rules 16-3 and 16-4 by July 3, 2025.

Dated: June 3, 2025

_____
Cristina D. Silva
United States District Judge