UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Robert Ferguson III, | Case No. 2:23-cv-00737-CDS-MDC |
| Plaintiff | **Order Rejecting Proposed Joint Pretrial Order** |
| v. | |
| Jagjit Singh Rai, et al., | [ECF No. 42] |
| Defendants | |

The parties have filed a second proposed joint pretrial order (ECF No. 42) that, like its predecessor, violates Local Rule 16-4 by not including section XI to provide the "action by the court".

IT IS THEREFORE ORDERED that the second proposed joint pretrial order **[ECF No. 42] is REJECTED**. The parties must file a proper proposed joint pretrial order by July 17, 2025.

Dated: July 7, 2025

_____
Cristina D. Silva
United States District Judge